THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR. 
 
THE STATE OF SOUTH CAROLINA
 In The Supreme Court
 
 
 
 
 Heyward Branham, Petitioner,
 
 
 

v.
 
 
 
 
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Darlington County
 John H. Waller, Jr., Trial Judge
  J. Ernest Kinard, Jr., Post Conviction Judge

Memorandum Opinion No. 2004-MO-045
 Submitted May 13, 2004 - Filed August 16, 2004

DISMISSED AS IMPROVIDENTLY GRANTED

Assistant Appellate Defender Aileen P. Clare, Office of Appellate Defense, 
 of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, 
 Chief, Capital & Collateral Litigation Donald J. Zelenka, Assistant Deputy 
 Attorney General Allen Bullard, and Assistant Attorney General David Spencer, 
 Office of the Attorney General, all of Columbia, for Respondent.

PER CURIAM:  After careful consideration of the Appendix and briefs, 
 we dismiss the writ of certiorari as improvidently granted.

 
 
 
 s/Jean H. Toal                                    
   C.J.
 
 s/James E. Moore                             
       J.
 
 s/E. C. Burnett, III                                
       J.
 
 s/Costa M. Pleicones                        
       J.
 
 WALLER, J., not participating.